# United States District Court
# For The Western District of North Carolina
# Statesville Division

CHACE HAROLD LONEY,

    Plaintiff(s),

vs.

NATIONAL CITY BANK, ET AL.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:08CV126

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 25, 2009, Order.

Signed: March 25, 2009

Frank G. Johns, Clerk
United States District Court